JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JC FRANCHISING, INC, a Texas corporation, and CURVES INTERNATIONAL HOLDINGS, INC., a Texas corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PICKENS HOLDINGS & MANAGEMENT, LLC, a South Carolina limited liability company, PICKENS UNLIMITED, INC., a South Carolina corporation, and KEVIN PICKENS, an individual,<br><br>　　　　　Defendants. | Case No.: CV 17-73-DMG (ASx)<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND JUDGMENT ON CONSENT [28]** |

Based on the grounds set forth in the Permanent Injunction and Judgment on Consent, all documents which this Court may take judicial notice of, and Plaintiffs and Defendants having all agreed to entry of this Permanent Injunction on Consent, **IT IS HEREBY ORDERED** that:

(1) Defendants and their employees, agents, and all persons acting with them or on their behalf, are immediately enjoined from any and all use of the JENNY CRAIG® Marks including, but not limited to, the proprietary mark "Jenny Craig", all similar names and marks and any name or mark containing the designation "Jenny Craig," or any other name, designation or mark, or similar colors or lettering indicating or tending to indicate that Defendants, or any of them, is or was operating an authorized JENNY CRAIG® Weight Loss and Weight Management Centre;

(2) Defendants and their employees, agents, and all persons acting with them or on their behalf are immediately enjoined from doing anything which would indicate that Defendants, or any of them, are or ever were an authorized JENNY CRAIG® Weight Loss and Weight Management Centre;

(3) Within seven (7) days of this Order, Defendants and their employees, agents, and all persons acting with them or on their behalf are required to:

(a) de-identify themselves from Plaintiff JC Franchising, Inc. ("JC Franchising"), including but not limited to taking down of all signage (external and internal), billboards, insignias, and physical landmarks with the term "Jenny Craig" contained therein;

(b) destroy, or surrender to JC Franchising, all stationery, letterheads, forms, business cards, manuals, printed matter, films, books, cassettes, videotapes, licensed software and advertising containing the JENNY CRAIG® Marks, including, but not limited to, the proprietary mark "Jenny Craig," or any similar names or marks or designation or mark indicating or tending to indicate that

Defendants or any of them is or was operating an authorized JENNY CRAIG® Weight Loss and Weight Management Centre;

(c) cease all advertising as a JENNY CRAIG® Weight Loss and Weight Management Centre, including, but not limited to, the removal of all signs from Defendants' Weight Loss and Weight Management Centre which contain any JENNY CRAIG® Marks or other similar identifying marks and the immediate removal of any products being offered for sale using the JENNY CRAIG® Marks or the JENNY CRAIG® System:

(d) cease all use of the JENNY CRAIG® System, including, but not limited to, operating manuals, training manuals, sales manuals, business methods, technical knowledge, and marketing concepts licensed by Plaintiffs to Defendants under the Franchise Agreements; and

(e) cancel and discontinue use of the telephone number(s) which served Defendants' Weight Loss and Weight Management Centres at the time of termination and to delete Defendants' JENNY CRAIG® listings in the Yellow Pages and any other directory as well as any Internet websites to the extent Defendants are still using such telephone numbers or assign such numbers as directed by Plaintiffs.

**IT IS SO ORDERED.**

DATED: April 18, 2017

                                                            DOLLY M. GEE
                                                            UNITED STATES DISTRICT JUDGE